IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| HENRY MARSHALL ROWLAND, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:11-CV-122 (CDL) |
| Captain BOBBY MILFORD, et al., | * |
| Defendants | * |

ORDER ON RECOMMENDATION

This matter is before the Court pursuant to an Order and Recommendation of the United States Magistrate Judge entered on November 22, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 24th day of January, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE