```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

HENRY MARSHALL ROWLAND,          *

    Plaintiff                *

vs.                              *

                                          CASE NO. 3:11-CV-122 (CDL)

Captain BOBBY MILFORD,           *

    Defendant                *

## ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation filed by the United States Magistrate Judge on January 30, 2013, that Defendant Bobby Milford's motion for summary judgment be granted. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 28th day of February, 2013.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE